

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TONJA V. ROGERS, | ) CASE NO. 1:08 CV 363 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| CREDIT ACCEPTANCE CORP., et al., | ) |
| Defendant. | ) **ORDER** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Plaintiff's Motion to Remand (Docket #8) is hereby GRANTED. This case is hereby REMANDED to the Lorain County, Ohio Court of Common Pleas.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: June 16, 2008